UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

INEZ K. MCKENNA,
on behalf of herself and
all others similarly situated,

    Plaintiff,

v.

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

## CLASS ACTION COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, INEZ K. MCKENNA, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida. Ms. McKenna was formerly known as Inez K. Wooley.

4.     Defendant, POLLACK & ROSEN, P.A., is a professional association and citizen of the State of Florida with its principal place of business at North Tower Suite 450, 800 Douglas Road, Coral Gables, Florida 33134.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.    Defendant left the following messages on Plaintiff's residential voice mail on or about the dates stated:

April 3, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

April 5, 2010 – Pre-Recorded Message

This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

April 12, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

April 14, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

April 17, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

April 24, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

May 1, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190. Thank you, goodbye.

<u>May 15, 2010 – Pre-Recorded Message</u>
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

<u>June 5, 2010 – Pre-Recorded Message</u>
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

<u>June 13, 2010 – Pre-Recorded Message</u>
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

<u>June 19, 2010 – Pre-Recorded Message</u>
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

<u>June 26, 2010 – Pre-Recorded Message</u>
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

<u>July 10, 2010 -  Pre-Recorded Message</u>
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will

be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

July 17, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

July 24, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

July 31, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

August 7, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

August 14, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

August 21, 2010 – Pre-Recorded Message

This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

August 28, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

September 11, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

September 25, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

October 2, 2010 – Pre-Recorded Message
This confidential and important message is meant solely for I. K. Wooley. The law requires I notify you that I'm calling from a debt collection law firm. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our offices back at 888-448-1557 and quote reference number 1718190.  Thank you, goodbye.

11.   Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to disclose Defendant's name to Plaintiff in the messages.

## COUNT I
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

## CLASS ACTION ALLEGATIONS

16. Plaintiff incorporates the foregoing paragraphs.

17. This action is brought on behalf of one FDCPA class.

18. The class is defined as:

   a. all Florida residents for whom Defendant left a telephone message in which it failed to disclose its name,

      b.      in an attempt to collect a debt incurred for personal, family, or household purposes,

      c.      then due the creditor of INEZ K. MCKENNA,

      d.      during the one-year period prior to the filing of the complaint.

19.    Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

20.    There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members.  The principal issues are:

      a.      whether Defendant's messages violate the FDCPA

      b.      whether Defendant is a debt collector.

21.    The claims of Plaintiff are typical of those of the class members.  All are based on the same facts and legal theories.

22.    Plaintiff will fairly and adequately protect the interests of the class.  Plaintiff has retained counsel experienced in handling actions involving unlawful debt collection practices under the FDCPA and class actions.  Neither Plaintiff nor her counsel have any interests which might cause them not to vigorously pursue this action.

23. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is appropriate in that:

    a. The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

    b. A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

WHEREFORE, Plaintiff, INEZ K. MCKENNA, requests that the Court enter judgment in favor of herself and the classes and against Defendant, POLLACK & ROSEN, P.A.

    a. Certification of this matter to proceed as a class action;

    b. Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B) for the FDCPA classes;

    c. Attorney's fees, litigation expenses and costs of suit; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235

donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

10