UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62134-CIV-COHN/SELTZER

INEZ K. MCKENNA, on behalf of herself
and all others similarly situated,

       Plaintiff,

v.

POLLACK & ROSEN, P.A.,

       Defendant.

_____/

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS SETTLEMENT

**THIS CAUSE** is before the Court on Plaintiff Inez K. McKenna's and Defendant, Pollack & Rosen, P.A.'s Joint Motion for Preliminary Approval of Class Settlement [DE 20] ("Joint Motion for Preliminary Approval"). The Court has carefully considered the Joint Motion for Preliminary Approval and related filings, and is otherwise fully advised in the premises.

**IT IS HEREBY ORDERED** as follows:

1. The Court finds that the proposed Settlement Agreement ("Agreement") [DE 20-1] is reasonable, fair, and adequate, and grants preliminary approval to it.

2. For the purposes of settlement, the Court certifies a class pursuant to Fed. R. Civ. P. 23(a) and (b)(3) defined as:

> (i) all Florida residents for whom Defendant left a telephone message in which it failed to disclose its name (ii) in an attempt to collect a debt incurred for personal, family, or household purposes (iii) then due and for the creditor of Inez K. McKenna (iv) during the one year period prior to the filing of the complaint in this matter through the date of class certification.

Defendant states that, based on its electronic records, there are approximately 163 people in the Class.

3. Plaintiff Inez K. McKenna is appointed as class representative. Donald A. Yarbrough is appointed as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

4. A hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it will be held before this Court on **March 30, 2012** at **9:00 a.m.** in Room 203E, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

5. The Court approves the form of notice to the class attached to this Order as Exhibit A, which shall be directed to the last known address of the class members as shown on Defendant's records, as updated by a National Change of Address update by First Class, Inc. Plaintiff will arrange for First Class, Inc. to mail the notice to class members on or before **January 17, 2012** and, upon this Court's entry of an Order Granting Final Approval of Class Settlement, for payments to be distributed pursuant to the Agreement to the class members.

6. The Court finds that mailing of the class notice and the other measures specified above to locate and notify members of the class is the only notice required and that such notice satisfies the requirements of due process and Federal Rule of Civil Procedure 23(c)(2)(B).

7. Any class member who desires to opt out or exclude himself or herself from the settlement must mail a request for exclusion to Class Counsel by **March 2, 2012**.

8. Any class member who does not opt out or exclude himself or herself will be mailed a check for his or her *pro rata* share of the $13,000.00 settlement fund.

3

      9.      Class members shall have until **March 2, 2012** to enter an appearance or object to the proposed settlement.  Any class members who wish to object to the settlement must submit an objection in writing to both the Court and Class Counsel via mail by **March 2, 2012**.  Any objection must include the name and number of the case and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the class.  Objectors who have filed written objections to the settlement may also appear at the hearing and be heard on the fairness of the settlement.

      10.     The parties shall file their final submission in support of approval on or before **March 16, 2012**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 14th day of December, 2011.

                                                                   _/s/ James I. Cohn_
                                                             JAMES I. COHN
                                                             United States District Judge

Copies provided to:

Counsel of record via CM/ECF