UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62134-CIV-COHN/SELTZER

INEZ K. MCKENNA, on behalf of herself
and all others similarly situated,

      Plaintiff,

v.

POLLACK & ROSEN, P.A.,

      Defendant.
_____/

### ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**THIS CAUSE** is before the Court on the parties' Joint Final Submission in Support of Class Settlement [DE 23]. Having carefully considered the submission, the related filings, the argument of counsel at the March 30, 2012 hearing, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' request for final approval [DE 23] is **GRANTED**, and the Court approves the Class Action Settlement;

2. All claims in the above-captioned action are **DISMISSED with prejudice** as to all class members;

3. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30th day of March, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF