UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62134-CIV-COHN/SELTZER

INEZ K. MCKENNA, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.

POLLACK & ROSEN, P.A.,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED AND VERIFIED MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES

**THIS CAUSE** is before the Court on Plaintiff Inez K. McKenna's Unopposed and Verified Motion for an Award of Costs and Attorney's Fees [DE 29] ("Motion"). The Court has considered the Motion, the Brief in Support of the Motion [DE 30] ("Brief"), the Declaration of Donald A. Yarbrough [DE 31] ("Yarbrough Declaration"), the related filings, and is otherwise fully advised in the premises.

        On September 30, 2011, Plaintiff filed a Class Action Complaint [DE 1] asserting claims against Defendant Pollack & Rosen, P.A. under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. The parties entered into a Class Settlement Agreement [DE 20], and the Court entered an Order Granting Preliminary Approval of Class Settlement [DE 21] on December 14, 2011. Then, on March 30, 2012, after holding a Final Fairness Hearing [DE 27], the Court entered an Order Granting Final Approval of the Class Settlement [DE 28]. As part of the settlement, Defendant agreed to pay Plaintiff's reasonable attorney's fees and costs. See Joint Final Submission in Support of Class Settlement [DE 23] ¶ 9.

        On April 30, 2012, Plaintiff filed the instant Motion, requesting $10,594.50 in

attorney's fees and $505.00 in costs.  Mot. at 3.  Plaintiff represents that Defendant does not oppose the relief requested.[1]  Id.

Upon review of the Motion, the Brief, and the supporting documents, the Court finds that $10,594.50 in fees is reasonable, and Plaintiff is entitled to recover $505.00 in costs.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed and Verified Motion for an Award of Costs and Attorney's Fees [DE 29] is **GRANTED**;

2. Plaintiff is awarded a total of $11,099.50 in attorney's fees and costs, which includes $10,594.50 in attorney's fees and $505.00 in costs;

3. The Court will enter a separate judgment taxing fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of May, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

---

[1] Although Plaintiff's Brief suggests that Defendant will file an opposition, see Br. at 2, 10, Plaintiff's Motion certifies, "Plaintiff's counsel conferred with counsel for Defendant who stated in writing, Defendant does not oppose this motion," Mot. at 3. Moreover, Defendant has not filed a Response to the Motion, and the time for doing so has now passed.
    Further, despite Plaintiff's suggestion in her Motion and Brief that counsel intends to file a Supplemental Declaration regarding time spent litigating this motion, Mot. at 3; Br. at 2, 14, counsel already included fees for two hours spent preparing this Motion, see Time Sheet [DE 31-1] at 12.  There have been no other filings since the day the Motion and accompanying documents were docketed, and Plaintiff's counsel has not filed a Supplemental Declaration.