UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62134-CIV-COHN/SELTZER

INEZ K. MCKENNA, on behalf of herself
and all others similarly situated,

      Plaintiff,

v.

POLLACK & ROSEN, P.A.,

      Defendant.
_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** is before the Court on the Order Granting Plaintiff's Unopposed and Verified Motion for an Award of Costs and Attorney's Fees [DE 32]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Judgment for fees and costs is hereby entered in favor of Plaintiff Inez K. McKenna and against Defendant Pollack & Rosen, P.A.;

2. Plaintiff shall recover $11,099.50 (consisting of $10,594.50 in attorney's fees and $505.00 in costs), plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment Taxing Fees and Costs, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of May, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF